IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| EMILIA A. BRYANT | : | Case No. 13-12468-BLS |
| | : | Chapter 13 |
| Debtor | : | |
| _____ | : | |
| EMILIA A. BRYANT | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| V | : | Adversarial No. |
| | : | |
| NATIONSTAR MORTGAGE, LLC | : | |
| | : | |
| Defendant | : | |

## COMPLAINT TO VOID SECOND MORTGAGE

COMES NOW, the Plaintiff, Emilia A. Bryant, (hereinafter "Debtor") by and through her undersigned counsel, Vivian A. Houghton, Esquire, and requests that this Honorable Court hear the Complaint to Void the Second Mortgage based on the following:

### JURISDICTION

1. The Court has jurisdiction of this Complaint pursuant to 28 U.S.C. Section 1334(b).

2. This Complaint is a contested matter under Rule 9014 of the Federal Rule of Bankruptcy Procedure and is a core matter properly heard by this Court pursuant to 28 U.S.C. Section 157(b)(2)(K).

3. Venue of this Complaint is proper in the Court pursuant to 28 U.S.C Section 1409(a).

### BACKGROUND

4. The Debtor filed a Chapter 13 Bankruptcy Petition on September 20, 2013.

5. Debtor is the owner of real property located at 400 South Street, Townsend, DE 19734 (hereinafter "Property".)

6. There are two creditors holding secured claims on the Property.

7. The first mortgage has been assigned to Bank of America Home Loans Servicing, with a balance of Four hundred eleven thousand three hundred ninety four dollars and eighty eight cents ($411,394.88). Said lien is recorded in the Recorder of Deeds in New Castle County in Mortgage Instrument Number 200610200099794.

8. The second mortgage has been assigned to Nationstar Mortgage, LLC, with a balance of Ninety eight thousand eight hundred sixty four dollars and eight cents ($98,864.08). Said lien is recorded in the Recorder of Deeds in New Castle County in Mortgage Instrument Number 200610200099795.

## **VOIDANCE OF LIEN SHOULD BE GRANTED**

9. The value of the property listed above is Two hundred ninety five thousand dollars ($295,000.00) at the time of filing.

10. The second mortgage held by Nationstar Mortgage, LLC is therefore an unsecured debt because there exists no equity to secure the lien.

11. The Chapter 13 Plan lists the debt owed to Nationstar Mortgage, LLC to be voided.

12. According to the Third, Fifth and Ninth Circuit Bankruptcy Appellate Panel a junior lien can be modified where the Debtor's Property has no value to which it can attach. Nationstar Mortgage, LLC, has an unsecured lien and the anti-modification clause of Section 1322(b) (2) does not apply.

WHEREFORE Debtor respectfully requests that the second mortgage held by Nationstar Mortgage, LLC, be stripped off from the property and be crammed down to zero dollars, and the

lien on the property located at 400 South Street, Townsend, DE 19734 be marked void or satisfied at the Recorder of Deeds.

                                                               /s/ Vivian A Houghton, Esquire
Vivian A Houghton, Esquire
800 West Street 2nd floor
Wilmington, DE 19801
(302) 658-0518
Attorney for Debtor

Date:  January 14, 2014

PARCEL No.: 2500800104  
Prepared by/return to:  
Vivian A Houghton, Esquire  
800 West Street, 2nd Floor  
Wilmington, DE 19801

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| EMILIA A. BRYANT | : | Case No. 13-12468-BLS |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| EMILIA A. BRYANT | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| V | : | Adversarial No. |
| | : | |
| NATIONSTAR MORTGAGE, LLC | : | |
| | : | |
| Defendant | : | |

**ORDER**

IT IS ORDERED this _____ day of _____, 2014, that the second mortgage held by Nationstar Mortgage, LLC, is stripped off of 400 South Street, Townsend, DE 19734, New Castle County, with a legal description of property situated in New Castle County and State of Delaware, being more fully described in a fee simple recorded October 20, 2006, among the land records of the county and state set forth above, in Instrument number 200610200099795 Parcel No. 2500800104, and this mortgage recorded in Mortgage Instrument Number 200610200099795 is to be stricken and avoided at the Recorder of Deeds in and for New

Castle County.  This Adversary proceeding shall be closed.

_____
United States Bankruptcy Judge